# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-06714-SVW-MAN | Date | April 18, 2014 |
|---|---|---|---|
| Title | Rami Lutfi v. Travelers Property Casualty Company of America et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

   On October 25, 2013, the Court granted defendant's motion to dismiss without prejudice. Plaintiff having failed to file an amended complaint, the Court ORDERS the plaintiff to show cause in writing no later than May 5, 2014 why his case should not be dismissed for lack of prosecution.

:

Initials of Preparer    PMC