FILED
CLERK, U.S. DISTRICT COURT

APR 17 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: RMQ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMI LUTFI,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; and DOES 1 to 50,<br><br>    Defendants. | CASE NO. 2:13CV6714 SVW MANx<br>Assigned to: Hon. Stephen V. Wilson<br><br>[PROPOSED] JUDGMENT |

## [PROPOSED] JUDGMENT

On September 20, 2013, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Travelers Property Casualty Company of America ("Travelers") filed a Motion to Dismiss Plaintiff's Complaint for Failure to State A Claim without leave to amend. The Motion to Dismiss was set to be heard on October 28, 2013. On October 25, 2013, the Court ordered that the hearing date be vacated and considered the Motion to Dismiss on the papers submitted.

By Order dated October 25, 2013, the Court granted Travelers' Motion to Dismiss without prejudice. Consequently, the Court renders judgment for and in favor of Defendant Travelers.

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff Rami Lutfi ("Lutfi") shall take nothing by way of his Complaint and that judgment is entered in favor of Defendant Travelers and against Plaintiff Lutfi.

**IT IS FURTHER ORDERED** that Travelers shall recover its costs of suit herein in the sum of $ To be determined upon filing of motion to tax costs.

**JUDGMENT IS HEREBY ENTERED** for Defendant Travelers Property Casualty Company of America as set forth above.

**IT IS SO ORDERED.**

Dated:  April 17, 2014

_____
Honorable Stephen V. Wilson
United States District Judge

Submitted By:
WESTON & McELVAIN LLP
Wynn C. Kaneshiro (State Bar No. 166683)
Bryan Rhie (State Bar No. 285357)
27520 Hawthorne Blvd., Suite 180
Rolling Hills Estates, California 90274
Telephone:  (310) 541-8341
Facsimile:   (310) 541-8307
Email:        wckaneshiro@wmattorneys.com
                  brhie@wmattorneys.com

Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA